FILED

2013 Aug-16  AM 08:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT COLLINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:  2:10-cv-02689-JEO** |
| | ) | |
| **COMPASS GROUP, INC., and** | ) | |
| **MORRISON MANAGEMENT** | ) | |
| **SPECIALISTS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

In accordance with the Memorandum Opinion entered contemporaneously

herewith, the defendants' motion for summary judgment (doc. 18) is **GRANTED**

**IN PART AND DENIED IN PART**.

**DONE**, this the 16th day of August, 2013.

_____

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE
