FILED
 2013 Aug-16  AM 08:17
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT COLLINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.:  2:10-cv-02689-JEO |
| ) | |
| **COMPASS GROUP, INC., and** ) | |
| **MORRISON MANAGEMENT** ) | |
| **SPECIALISTS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the defendants' motion for summary judgment (doc. 18) is **GRANTED IN PART AND DENIED IN PART**.

**DONE**, this the 16th day of August, 2013.



_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE